UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL FINANCIAL PARTNERS, LLC, <br> CAPITAL FINANCIAL HOLDINGS, LLC, <br> CAPITAL FINANCIAL PARTNERS <br>   ENTERPRISES, LLC, <br> WILLIAM D. ALLEN and <br> SUSAN C. DAUB, <br><br> Defendants, <br><br> and <br><br> WJBA INVESTMENTS, LLC, <br> INSURANCE DEPOT OF AMERICA LLC, <br> SIMPLIFIED HEALTH SOLUTIONS LLC and <br> SIMPLIFIED HEALTH SOLUTIONS 2, LLC, <br><br> Relief Defendants. | Case No. 1:15-cv-11447-IT |

### PLAINTIFF'S EMERGENCY *EX PARTE* MOTION FOR LEAVE TO USE ALTERNATE MEANS OF SERVICE AS TO DEFENDANT WILLIAM ALLEN

Plaintiff Securities and Exchange Commission ("the Commission") moves for leave to use alternate means to serve defendant William Allen with the Summons and Complaint, the other pleadings filed by the Commission, and all orders entered by the Court. The Commission files this motion on an emergency basis due to the urgency of serving Allen well in advance of the April 14, 2015 expiration date for the Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief that the Court entered on April 1, 2015. In support of this

motion, the Commission states as follows:

As described in the Declaration of Lynn Goldin submitted herewith, a process server has made several unsuccessful attempts to serve Allen at his residence, and it appears that Allen is evading service. Recent documents that the Commission staff has received from investors contain a valid email address for defendant Allen. Accordingly, the Commission seeks leave to effect service on Allen using that email address.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

/s/ *Frank C. Huntington*
Frank C. Huntington (Mass. Bar No. 544045)
   Senior Trial Counsel
Michael J. Vito (Mass. Bar. No. 675524)
   Enforcement Counsel
Boston Regional Office
33 Arch Street
Boston, MA 02110
(617) 573-8960 (Huntington direct)
(617) 573-4590 (fax)
huntingtonf@sec.gov

Dated: April 3, 2015