UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL FINANCIAL PARTNERS, LLC,<br>CAPITAL FINANCIAL HOLDINGS, LLC,<br>CAPITAL FINANCIAL PARTNERS<br>   ENTERPRISES, LLC,<br>WILLIAM D. ALLEN and<br>SUSAN C. DAUB,<br><br>Defendants,<br><br>and<br><br>WJBA INVESTMENTS, LLC,<br>INSURANCE DEPOT OF AMERICA LLC,<br>SIMPLIFIED HEALTH SOLUTIONS LLC and<br>SIMPLIFIED HEALTH SOLUTIONS 2, LLC,<br><br>Relief Defendants. | Case No. 1:15-cv-11447 |

## ORDER

April 3, 2015

Before the court is Plaintiff Securities and Exchange Commission's <u>Emergency Ex Parte Motion for Leave to Use Alternate Means of Service as to Defendant William Allen</u> [#13], in which Plaintiff seeks leave to use alternate means, including e-mail, to serve Defendant Allen with (1) the Summons and Complaint, (2) other pleadings filed by Plaintiff in this case, and (3) all orders entered by the court in this case.

After considering the motion and accompanying papers, Plaintiff's motion is hereby ALLOWED IN PART and DENIED WITHOUT PREJUDICE IN PART. Plaintiff's request is

allowed only insofar as Plaintiff may provide notice to Defendant Allen of the <u>Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief</u> [#10] and this order via alternate means, including e-mail.  The court's denial of Plaintiff's request to use alternate means to serve the Summons and Complaint on Defendant Allen is made without prejudice to Plaintiff re-filing such motion and providing authority for the request.

    IT IS SO ORDERED.

April 3, 2015                                      /s/ Indira Talwani
                                                     United States District Judge