UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Case No. 15-cv-11447-IT |
| CAPITAL FINANCIAL PARTNERS, LLC, CAPITAL FINANCIAL HOLDINGS, LLC, WILLIAM D. ALLEN and SUSAN C. DAUB, | | |
| Defendants, | | |
| and | | |
| WJBA INVESTMENTS, LLC, INSURANCE DEPOT OF AMERICA LLC, SIMPLIFIED HEALTH SOLUTIONS LLC and SIMPLIFIED HEALTH SOLUTIONS 2, LLC, | | |
| Relief Defendants. | | |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(a), plaintiff Securities and Exchange Commission ("the Commission") moves to convert the Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief, which was entered on April 1, 2015 [Dkt. #10], into a preliminary injunction. A proposed form of Order will be submitted in advance of a hearing on the motion.

To obtain a preliminary injunction, the Commission must show "a likelihood of success on the merits, a risk of irreparable harm, a favorable balance of equities, and that the injunction would be in the public interest." *SEC v. Fife*, 311 F.3d 1, 8 (1st Cir. 2002). An injunction is warranted "upon a proper showing of federal securities law violations" based on "reasonable

inquiry and other credible information." *SEC v. Thibeault*, 2015 WL 260515, *3 (D.Mass. Jan. 21, 2015) (citations and quotations omitted).

The Commission's motion for a preliminary injunction relies on the evidentiary materials that were filed with the Commission's motion for a temporary restraining order [Dkt. ##5–7], but the Commission reserves the right to submit additional evidentiary materials (as well as a supplemental memorandum of law) prior to a hearing on the motion.

WHEREFORE, the Commission requests that the Court enter an order converting the Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief into a preliminary injunction.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

/s/ *Frank C. Huntington*
Frank C. Huntington (Mass. Bar No. 544045)
   Senior Trial Counsel
Michael J. Vito (Mass. Bar. No. 675524)
   Enforcement Counsel
Boston Regional Office
33 Arch Street
Boston, MA 02110
(617) 573-8960 (Huntington direct)
(617) 573-4590 (fax)
huntingtonf@sec.gov

Dated: April 8, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2015, a true copy of the foregoing motion was filed by electronic means using the Court's Electronic Case Filing (ECF) system. In addition, I have caused a copy of the motion to be sent by email to defendants William Allen (at wallen@capfinp.com) and Susan Daub (at sdaub@capfinp.com) and to be served upon defendants Allen and Daub by overnight delivery to their last known addresses.

*/s/ Frank C. Huntington*
Frank C. Huntington