UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 1:15-cv-11447 |
| CAPITAL FINANCIAL PARTNERS, LLC, CAPITAL FINANCIAL HOLDINGS, LLC, CAPITAL FINANCIAL PARTNERS ENTERPRISES, LLC, WILLIAM D. ALLEN and SUSAN C. DAUB, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| WJBA INVESTMENTS, LLC, INSURANCE DEPOT OF AMERICA LLC, SIMPLIFIED HEALTH SOLUTIONS LLC and SIMPLIFIED HEALTH SOLUTIONS 2, LLC, | ) ) ) ) ) | |
| Relief Defendants. | ) ) | |

ORDER

April 9, 2015

Having considered the parties' Joint Motion to Extend Temporary Restraining Order, Continue Hearing, and Permit Expedited Discovery [#31] filed by Plaintiff Securities and Exchange Commission ("the Commission"), the Defendants, and the Relief Defendants to extend the Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief entered on April 1, 2015 (the "TRO") [#10], to continue the hearing scheduled for April 13, 2015, and to permit the Commission to conduct certain expedited discovery, the court ALLOWS the parties' joint motion and orders the following:

1.      The TRO entered on April 1, 2015 [#10], and thereafter extended by one day, is further extended for fourteen days and will expire on April 28, 2015.  All the provisions of the TRO shall remain in full force and effect through April 28, 2015, except:  (1) Paragraph III is modified to provide that Defendants William Allen and Susan Daub may each pay for reasonable living expenses in the total amount of $10,000 during the period from the date of service of the TRO through April 28; and (2) the Defendants and Relief Defendants shall serve the accounting required by Paragraph IV of the TRO on or before April 21, 2015.

2.      The hearing currently scheduled for April 14, 2015 is cancelled.  A hearing on the Commission's motion for a preliminary injunction [#24] will take place on April 28, 2015 at 9:30 a.m.

3.      The Commission may conduct expedited discovery in the form of document subpoenas to non-parties.

IT IS SO ORDERED.

April 9, 2015                                                                      /s/ Indira Talwani
                                                                                   United States District Judge