## WILL ALLEN ESTIMATED MONTHLY CASH FLOW STATEMENT

| Expense | Amount | Income Sources Other Than Relief Defendants | Amount | |
| --- | --- | --- | --- | --- |
| Northern Trust | $8,375.48 | NFL - LOD | $ 4,695.94 | (after taxes) |
| Rushmore | $880.45 | | | |
| Home Owners | $985 | | | |
| Water | $307.46 | | | |
| FPL | $704.77 | | | |
| ADT | $336.75 | | | |
| Direct TV | $200 | | | |
| Kids Tuition | $6,102.35 | | | |
| Storage | $2,000.00 | | | |
| Grocery/Misc. | $700 | | | |
| **TOTAL** | **$20,592.26** | | | |

**REQUESTED MONTHLY AMOUNT: $20,000**

731262.1