

EXHIBIT Ex 1

SEC v. Capital Financial Partners, LLC
Case No.: 15-11447

Summary of Loans to Borrowers [1]

| # | Borrower Name | Date | Loan Amount | Sure Sports (3rd Party Pmt.) (a) | Escrowed Payments (b) | Origination Fees (c) | Attorney's Fees (d) | Insurance (e) | Other (f) | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 01/02/13 | $ 104,120 | | | 3,120 | 1,000 | | | |
| 2 | | 01/17/13 | 200,000 | | | 6,000 | 1,000 | | | |
| 3 | | 04/19/13 | 104,120 | | | | | | | |
| 4 | | 07/16/13 | 250,000 | | | 7,500 | 1,000 | 5,000 | | |
| 5 | | 10/07/13 | 500,000 | | | 15,000 | 1,000 | 10,000 | | |
| 6 | | 02/03/14 | 300,000 | | | | | | | |
| 7 | | 08/29/14 | 200,000 | | | 6,000 | 1,500 | | | |
| 8 | | 08/29/14 | 300,000 | | | 9,000 | 2,500 | | | |
| 9 | | 10/27/14 | 1,800,000 | | | 54,000 | 3,500 | 55,000 | | |
| 10 | | 01/22/15 | 400,000 | | | 12,000 | 2,000 | | | |
| 11 | | 11/26/13 | 150,000 | | | 4,500 | 1,000 | | | |
| 12 | | 02/06/14 | 160,000 | | | 4,800 | 1,000 | | | |
| 13 | | 02/05/13 | 700 | | | | | | | |
| 14 | | 06/03/14 | 100,000 | 2,500 | | | | | 1,000 | (5) |
| 15 | | 01/30/14 | 150,000 | 6,000 | | 4,500 | 2,250 | 4,050 | | |
| 16 | | 09/12/12 | 30,000 | | | | | | | |
| 17 | | 09/18/13 | 1,000,000 | 20,000 | | 30,000 | 4,500 | | 5,300 | (6) |
| 18 | | 06/25/12 | 43,500 | | | | | | | |
| 19 | | 07/08/12 | 12,000 | | | | | | | |
| 20 | | 05/09/13 | 45,000 | | 3,600 | 1,500 | 900 | 1,000 | | |
| 21 | | 08/02/13 | 23,000 | | | | | | | |
| 22 | | 01/30/14 | 150,000 | 11,800 | | | | | | |
| 23 | | 08/16/14 | 200,000 | | | 6,000 | 2,500 | | | |
| 24 | Capital Financial Partners, LLC (Mortgagee) | 10/30/13 | 350,000 | | | | | | | |
| 25 | | 06/27/12 | 90,000 | 5,000 | | 2,700 | 1,125 | 1,900 | | |
| 26 | | 10/09/12 | 30,000 | 2,000 | | 1,500 | 1,000 | 600 | 2,000 | (2) |
| 27 | | 08/22/13 | 150,000 | | | 4,500 | 1,000 | 3,000 | | |
| 28 | | 02/11/15 | 50,000 | | | | | | | |
| 29 | | 01/30/14 | 125,000 | 5,000 | | 3,750 | 1,875 | 3,375 | | |
| 30 | | 09/02/14 | 50,000 | | | | | | | |
| 31 | | 01/29/15 | 55,000 | | | 2,000 | 1,000 | | | |
| 32 | | 01/02/13 | 104,120 | | | 3,120 | 1,000 | | | |
| 33 | | 02/01/13 | 207,500 | | | 6,225 | 1,000 | | | |
| 34 | | 03/13/13 | 207,500 | | | 6,225 | 1,000 | | | |
| 35 | | 02/26/15 | 275,000 | 11,000 | | | | | | |
| 36 | | 09/25/13 | 300,000 | 18,000 | 102,000 | 9,000 | 3,000 | 5,309 | | |
| 37 | | 03/20/14 | 1,300,000 | 79,063 | | 39,000 | 9,500 | 42,652 | | |
| 38 | | 03/31/15 | 500,000 | | | 15,000 | 2,500 | 2,500 | | |
| 39 | | 06/15/12 | 31,250 | | | 975 | 750 | 800 | 25,000 | (3) |
| 40 | | 03/22/14 | 125,000 | 3,125 | | 3,750 | 1,500 | 2,125 | | |
| 41 | | 02/26/15 | 100,000 | 4,000 | | 3,000 | 1,000 | | | |
| 42 | | 06/30/12 | 53,875 | | | 1,625 | | | | |
| 43 | | 08/19/12 | 11,500 | | | 1,000 | 500 | | | |
| 44 | | 04/04/14 | 3,400,000 | | 212,500 | 76,790 | 50,867 | 59,843 | 2,500,000 | (7) |

Tentative & Preliminary
Subject to Change

SEC v. Capital Financial Partners, LLC
Case No.: 15-11447

Summary of Loans to Borrowers [11]

| | Borrower Name | Date | Loan Amount | Sure Sports (3rd Party Pmt.) (a) | Escrowed Payments (b) | Origination Fees (c) | Attorney's Fees (d) | Insurance (e) | Other (f) | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | | 07/04/05 | 250,000 | | | 7,500 | 2,000 | | | |
| 46 | | 11/01/12 | 1,400,000 | | | | 14,000 | | 1,386,000 | (8) |
| 47 | | 05/30/14 | 75,000 | 2,500 | | 3,000 | 1,000 | 1,500 | 20,000 | (9) |
| 48 | | 01/31/14 | 55,000 | 3,000 | | 2,500 | 1,500 | | | |
| 49 | | 04/02/15 | 700,000 | | | 21,000 | 4,500 | 11,640 | | |
| 50 | | 04/02/15 | 1,000,000 | | | 30,000 | | 16,750 | | |
| 51 | | 11/23/12 | 10,000 | | | | | | | |
| 52 | | 07/02/12 | 32,750 | | | 1,000 | 1,000 | 750 | | |
| 53 | | 10/31/13 | 350,000 | | | | | | | |
| 54 | | 11/06/12 | 80,000 | | | | | | | |
| 55 | | 06/21/12 | 37,500 | | | 1,125 | 1,000 | 1,000 | | |
| 56 | | 03/26/13 | 50,000 | | | 1,500 | 1,000 | 1,000 | | |
| 57 | | 05/13/13 | 38,000 | | | 1,500 | 1,000 | 800 | 23,059 | (4) |
| 58 | | 07/12/12 | 53,875 | 3,000 | | 1,625 | 1,000 | 1,250 | | |
| 59 | | 08/20/13 | 53,750 | | | 1,613 | 1,000 | 1,075 | | |
| 60 | | 10/25/13 | 2,160,000 | 64,800 | | 64,800 | 9,720 | 64,800 | | |
| 61 | | 02/27/14 | 260,000 | 8,800 | | 7,800 | 3,900 | 7,020 | | |
| 62 | | 01/31/14 | 80,000 | 2,000 | | 2,400 | 1,200 | 2,160 | | |
| 63 | | 02/26/15 | 75,000 | 3,000 | | 2,250 | 1,000 | | | |
| 64 | | 08/31/12 | 500,000 | - | | 15,000 | 6,400 | 10,000 | 436,679 | (1) |
| 65 | | 08/12/14 | 250,000 | 10,000 | | 7,500 | 3,125 | 4,000 | | |
| 66 | | 07/16/12 | 11,000 | | | 1,000 | 500 | | | |
| 67 | | 02/24/15 | 75,000 | 3,000 | | 2,250 | 1,000 | | | |
| 68 | | 05/29/13 | 200,000 | | | | | | | |
| 69 | Will Allen | 06/27/12 | 158,000 | | | 1,500 | 1,000 | | | |
| 70 | | 08/19/12 | 25,000 | | | 1,500 | 500 | 650 | | |
| 71 | | 01/10/13 | 75,000 | | 9,000 | 2,500 | 1,000 | 1,500 | 6,500 | (10) |
| 72 | | 06/25/13 | 24,000 | | | 1,500 | 1,000 | 600 | | |
| 73 | | 02/12/14 | 110,000 | 6,600 | | 3,500 | 1,000 | 2,450 | | |
| | TOTAL | | | 274,188 | 327,100 | 529,943 | 164,612 | 326,099 | 4,405,538 | |

| | | |
|---|---|---|
| Number of Loans | 73 | |
| Total Amount Borrowed | $ | 21,927,060 |
| Total Amounts Paid to Recipient other than Borrower = Sum of a+b+c+d+e+f | $ | 6,027,479 |

Tentative & Preliminary
Subject to Change

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | SEC v. Capital Financial Partners, LLC | | | | | | | |
| | | Case No.: 15-11447 | | | | | | | |
| | | Summary of Loans to Borrowers [11] | | | | | | | |
| Borrower Name | Date | Loan Amount | Sure Sports (3rd Party Pmt.) (a) | Escrowed Payments (b) | Origination Fees (c) | Attorney's Fees (d) | Insurance (e) | Other (f) | Note |

Notes:

1. Per Closing Statement, $300,599.50 directed to pay ▮ and $135,079 to ▮
2. Per Closing Statement, $2,000 directed to pay ▮
3. Per Closing Statement, $25,000 directed to pay ▮
4. Per Closing Statement, $23,059 directed to pay off the existing loan with Capital Financial Partners.
5. Per Closing Statement, $1,000 directed to pay ▮
6. Per Closing Statement, $5,300 directed to pay ▮
7. Per Closing Statement, $2.5 million repayment as re-finance made to Capital Financial Partners paid from this loan.
8. Per Closing Statement, the $1,386,000 is comprised of $910,000 to ▮ $117,550 to ▮ $28,000 to ▮ $28,000 to ▮ and $2,450 to the ▮
9. Per Closing Statement, $20,000 directed to pay Will Allen from the proceeds from this loan.
10. Per Closing Statement, $6,500 directed to pay ▮
11. The information provided is preliminary and tentative. It is based on documents contained in CFP's transaction files, including in some instances unexecuted documents, bank statements and certain wire instruction documents. As additional information becomes available, there may be additions, deletions and corrections to this information.

Tentative & Preliminary
Subject to Change

Capital Financial Partners
Case No.: 15-11447

Participant File Matrix [3]

| # | Participant | Borrower | Date | Share of Loan | Loan Amount | Amount Repaid | Note |
|---|---|---|---|---|---|---|---|
| 1 | | | 02/26/15 | $ 100,000 | $ 1,700,000 | | |
| | Total Repayment | | | | | $ 12,231 | |
| 2 | | | 04/15/14 | 100,000 | | | |
| | Total Repayment | | | | | $ 96,469 | |
| 3 | | | 02/01/13 | 207,500 | 207,500 | | |
| 4 | | | 01/25/13 | 30,000 | 104,120 | | |
| 5 | | | 06/15/13 | 31,250 | 31,250 | | |
| 6 | | | (2) | 10,000 | 10,000 | | |
| 7 | | | 04/04/13 | 15,000 | 15,000 | | |
| 8 | | | 05/31/13 | 35,000 | 35,000 | | |
| 9 | | | (2) | 15,000 | 15,000 | | |
| 10 | | | (2) | 35,000 | 35,000 | | |
| | Total Repayment | | (1) | | | $ 122,338 | |
| 11 | | | 05/29/13 | 200,000 | 200,000 | | |
| | Total Repayment | | | | | $ - | |
| 12 | | | 10/25/13 | 100,000 | 2,160,000 | | |
| 13 | | | 09/17/13 | 100,000 | 1,000,000 | | |
| | Total Repayment | | | | | $ - | |
| 14 | Capital Financial Partners | | 11/06/12 | 80,000 | 80,000 | | |
| | Capital Financial Partners Total Repayment | | | | | $ - | |
| 15 | | | 03/27/15 | 100,000 | 1,700,000 | | |
| 16 | | | 02/10/15 | 75,000 | 75,000 | | |
| 17 | | | 10/27/14 | 100,000 | 1,800,000 | | |
| | Total Repayment | | (1) | | | $ 3,333 | |
| 18 | | | 10/24/13 | 200,000 | 2,160,000 | | |
| 19 | | | 09/18/13 | 100,000 | 1,000,000 | | |
| 20 | | | 08/25/14 | 250,000 | 250,000 | | |
| 21 | | | 10/28/14 | 250,000 | 1,800,000 | | |
| 22 | | | 02/10/15 | 100,000 | 200,000 | | |
| 23 | | | 02/10/15 | 75,000 | 150,000 | | |
| 24 | | | 02/03/15 | 55,000 | 55,000 | | |
| 25 | | | 11/15/14 | 100,000 | 100,000 | | |
| 26 | | | (2) | 100,000 | 100,000 | | |
| 27 | | | 03/19/14 | 100,000 | 100,000 | | |
| 28 | | | (2) | 200,000 | 200,000 | | |
| 29 | | | (2) | 100,000 | 100,000 | | |
| 30 | | | 03/02/15 | 200,000 | 1,700,000 | | |
| 31 | | | 03/18/15 | 250,000 | 2,500,000 | | |
| | Total Repayment | | (1) | | | $ 1,126,752 | |
| 32 | | | 01/30/13 | 100,000 | 100,000 | | |
| 33 | | | 07/23/13 | 50,000 | 50,000 | | |
| | Total Repayment | | (1) | - | - | $ 311,000 | |

Tentative & Preliminary
Subject to Change

Capital Financial Partners
Case No.: 15-11447

Participant File Matrix [3]

| # | Participant | Borrower | Date | Share of Loan | Loan Amount | Amount Repaid | Note |
|---|---|---|---|---|---|---|---|
| 34 | | | 10/25/13 | 180,000 | 2,160,000 | | |
| 35 | | | 11/10/14 | 250,000 | 1,800,000 | | |
| | Total Repayment | | (1) | | | $ 507,160 | |
| 36 | | | 01/20/15 | 100,000 | 500,000 | | |
| 37 | | | 10/27/14 | 50,000 | 1,800,000 | | |
| 38 | | | 02/26/15 | 100,000 | 1,700,000 | | |
| 39 | | | 2/6/2015 | 75,000 | 75,000 | | |
| | Total Repayment | | (1) | | | $ 144,097 | |
| 40 | | | 03/25/15 | 200,000 | 2,500,000 | | |
| | Total Repayment | | | | | $ - | |
| 41 | | | (2) | 207,500 | 207,500 | | |
| | | Total Repayment | | | | $ 1,380,737 | |
| 42 | | | 03/02/15 | 100,000 | 1,700,000 | | |
| | Total Repayment | | | | | $ - | |
| 43 | | | 09/12/12 | 207,500 | 207,500 | | |
| 44 | | | 08/31/12 | 207,500 | 207,500 | | |
| | Total Repayment | | (1) | | | $ 1,291,941 | |
| 45 | | | 08/07/13 | 207,500 | 207,500 | | |
| | Total Repayment | | | | | $ 8,510 | |
| 46 | | | 10/10/14 | 220,000 | 370,000 | | |
| 47 | | | 10/24/13 | 250,000 | 2,160,000 | | |
| | Total Repayment | | (1) | | | $ 975,395 | |
| 48 | | | (2) | 50,000 | 50,000 | | |
| 49 | | | 09/08/14 | 200,000 | 298,507 | | |
| 50 | | | 10/09/14 | 55,000 | 55,000 | | |
| 51 | | | (2) | 50,000 | 50,000 | | |
| 52 | | | 04/04/13 | 50,000 | 50,000 | | |
| | Total Repayment | | (1) | | | $ 80,313 | |
| 53 | | as | 07/16/12 | 11,000 | 11,000 | | |
| | s Total Repayment | | | | | $ - | |
| 54 | | | (2) | 300,000 | 600,000 | | |
| 55 | | | 10/30/14 | 200,000 | 1,800,000 | | |
| 56 | | | 01/22/15 | 400,000 | 400,000 | | |
| 57 | | | 03/02/15 | 400,000 | 1,700,000 | | |
| 58 | | | 03/25/15 | 500,000 | 2,500,000 | | |
| | Total Repayment | | (1) | | | $ 441,769 | |
| 59 | | | 10/25/13 | 200,000 | 2,160,000 | | |
| 60 | | | 09/17/13 | 150,000 | 1,000,000 | | |
| | Total Repayment | | (1) | | | $ 177,542 | |
| 61 | | | 09/10/14 | 100,000 | 300,000 | | |
| | Total Repayment | | | | | $ 18,770 | |
| 62 | | | 03/25/15 | 100,000 | 2,500,000 | | |

Tentative & Preliminary
Subject to Change

Capital Financial Partners
Case No.: 15-11447

Participant File Matrix

| # | Participant | Borrower | Date | Share of Loan | Loan Amount | Amount Repaid | Note |
|---|---|---|---|---|---|---|---|
| 63 | | | (2) | 100,000 | 600,000 | | |
| 64 | | | 03/02/15 | 100,000 | 275,000 | | |
| 65 | | | 11/05/14 | 250,000 | 250,000 | | |
| | Total Repayment | | (1) | | | $ 181,227 | |
| 66 | | | 10/28/14 | 250,000 | 1,800,000 | | |
| 67 | | | (2) | 100,000 | 100,000 | $ 15,833 | |
| | Total Repayment | | (1) | | | | |
| 68 | | | 06/25/13 | 24,000 | 24,000 | | |
| | Total Repayment | | | | | $ 27,120 | |
| 69 | | | (2) | 100,000 | 1,000,000 | | |
| 70 | | | (2) | 100,000 | 100,000 | | |
| 71 | | Capital Financial Partners | 04/15/13 | 50,000 | 50,000 | | |
| 72 | | | (2) | 400,000 | 400,000 | | |
| 73 | | | (2) | 100,000 | 100,000 | | |
| 74 | | | (2) | 100,000 | 100,000 | | |
| 75 | | | (2) | 100,000 | 200,000 | | |
| | Total Repayment | | (1) | | | $ 1,267,611 | |
| 76 | | | | 300,000 | 2,160,000 | | |
| 77 | | | (2) | 200,000 | 200,000 | | |
| 78 | | | 10/31/14 | 250,000 | 1,800,000 | | |
| 79 | | | (2) | 400,000 | 400,000 | | |
| | Total Repayment | | (1) | | | $ 1,210,049 | |
| 80 | | | 10/24/13 | 50,000 | 370,000 | | |
| 81 | | | 10/24/13 | 100,000 | 2,160,000 | | |
| 82 | | | 09/18/13 | 100,000 | 1,000,000 | | |
| 83 | | | (2) | 75,000 | 75,000 | | |
| 84 | | | (2) | 26,875 | 26,875 | | |
| 85 | | | 08/06/13 | 125,000 | 125,000 | | |
| | Total Repayment | | (1) | | | $ 712,439 | |
| 86 | | | 07/02/12 | 32,750 | 32,750 | | |
| | Total Repayment | | | | | $ 27,264 | |
| 87 | | | 09/17/13 | 150,000 | 150,000 | | |
| | Total Repayment | | | | | $ 177,542 | |
| 88 | | | 10/25/13 | 100,000 | 2,160,000 | | |
| 89 | | | 09/08/14 | 100,000 | 300,000 | | |
| | Total Repayment | | (1) | | | $ 31,413 | |
| 90 | | | 01/24/15 | 100,000 | 500,000 | | |
| | Total Repayment | | | | | $ 141,445 | |
| 91 | | | 10/24/13 | 100,000 | 2,160,000 | | |
| | Total Repayment | | | | | $ 60,500 | |

Tentative & Preliminary
Subject to Change

Capital Financial Partners
Case No.: 15-11447

Participant File Matrix [3]

| # | Participant | Borrower | Date | Share of Loan | Loan Amount | Amount Repaid | Note |
|---|---|---|---|---|---|---|---|
| 92 | | | 08/19/12 | 11,500 | 11,500 | | |
| 93 | | | 06/21/12 | 37,500 | 37,500 | | |
| 94 | | | 08/19/12 | 25,000 | 25,000 | | |
| 95 | | | (2) | 250,000 | 250,000 | | |
| 96 | | | (2) | 40,000 | 370,000 | | |
| 97 | | | (2) | 53,875 | 53,875 | | |
| 98 | | Capital Financial Partners | (2) | 175,000 | 175,000 | | |
| 99 | | | 03/18/13 | 100,000 | 100,000 | | |
| | Total Repayment | | (1) | | | $ 1,329,654 | |
| 100 | | | 10/28/13 | 180,000 | 2,160,000 | | |
| 101 | | | 10/27/14 | 250,000 | 1,800,000 | | |
| 102 | | | 02/26/15 | 100,000 | 1,700,000 | | |
| 103 | | | 03/18/15 | 200,000 | 2,500,000 | | |
| | Total Repayment | | (1) | | | $ 338,990 | |
| 104 | | | 04/07/14 | 100,000 | 100,000 | | |
| 105 | | | 10/31/13 | 200,000 | 2,160,000 | | |
| 106 | | | 03/02/15 | 100,000 | 1,700,000 | | |
| 107 | | | 03/25/15 | 100,000 | 2,500,000 | | |
| 108 | | | 11/13/14 | 100,000 | 200,000 | | |
| | Total Repayment | | (1) | | | $ 457,939 | |
| 109 | | | 10/25/13 | 100,000 | 2,160,000 | | |
| 110 | | | 09/18/13 | 100,000 | 1,000,000 | | |
| 111 | | | 01/21/15 | 150,000 | 300,000 | | |
| 112 | | | 10/27/14 | 100,000 | 100,000 | | |
| 113 | | | 08/07/14 | 87,500 | 175,000 | | |
| 114 | | | 09/19/14 | 100,000 | 100,000 | | |
| 115 | | | 03/25/15 | 200,000 | 2,500,000 | | |
| 116 | | | 02/05/15 | 100,000 | 100,000 | | |
| 117 | | | 02/26/15 | 100,000 | 1,700,000 | | |
| | Total Repayment | | (1) | | | $ 784,296 | |
| 118 | | | (2) | 50,000 | 50,000 | | |
| 119 | | | 01/20/15 | 100,000 | 500,000 | | |
| 120 | | Capital Financial Partners | 04/04/13 | 50,000 | 50,000 | | |
| 121 | | | 08/13/14 | 50,000 | 200,000 | | |
| 122 | | Capital Financial Partners | (2) | 30,000 | 30,000 | | |
| | Total Repayment | | (1) | | | $ 285,697 | |
| 123 | | | 01/11/13 | 33,000 | 75,000 | | |
| | Total Repayment | | | | | $ 68,511 | |
| 124 | | | 03/02/15 | 100,000 | 1,700,000 | | |
| 125 | | | 03/25/15 | 100,000 | 2,500,000 | | |

Tentative & Preliminary
Subject to Change

Capital Financial Partners
Case No.: 15-11447

Participant File Matrix [3]

| # | Participant | Borrower | Date | Share of Loan | Loan Amount | Amount Repaid | Note |
|---|---|---|---|---|---|---|---|
|  |  | Total Repayment | (1) |  |  | $ 71,750 |  |
| 126 |  |  | 01/03/13 | 104,120 | 104,120 |  |  |
| 127 |  |  | 08/22/13 | 75,000 | 75,000 |  |  |
| 128 |  |  | 01/02/13 | 104,120 | 104,120 |  |  |
| 129 |  |  | 03/31/14 | 62,500 | 62,500 |  |  |
| 130 |  |  | 10/10/14 | 50,000 | 370,000 |  |  |
| 131 |  |  | 05/13/13 | 38,000 | 38,000 |  |  |
| 132 |  |  | 08/22/13 | 26,875 | 26,875 |  |  |
| 133 |  |  | 09/17/13 | 100,000 | 1,000,000 |  |  |
| 134 |  |  | (2) | 125,000 | 125,000 |  |  |
| 135 |  |  | (2) | 250,000 | 250,000 |  |  |
| 136 |  |  | (2) | 100,000 | 100,000 |  |  |
| 137 |  |  | (2) | 41,400 | 41,400 |  |  |
| 138 |  |  | (2) | 125,000 | 125,000 |  |  |
| 139 |  |  | (2) | 100,000 | 100,000 |  |  |
| 140 |  |  | (2) | 87,500 | 175,000 |  |  |
| 141 |  |  | 09/19/14 | 100,000 | 100,000 |  |  |
| 142 |  |  | 03/02/15 | 100,000 | 275,000 |  |  |
| 143 |  |  | 12/04/14 | 100,000 | 100,000 |  |  |
| 144 |  |  | (2) | 100,000 | 2,160,000 |  |  |
| 145 |  |  | (2) | 41,666 | 41,666 |  |  |
| 146 |  |  | (2) | 25,000 | 25,000 |  |  |
| 147 |  |  | (2) | 600,000 | 600,000 |  |  |
| 148 |  |  | 01/20/15 | 100,000 | 500,000 |  |  |
| 149 |  |  | (2) | 100,000 | 100,000 |  |  |
|  |  | Total Repayment | (1) |  |  | $ 1,934,449 |  |
| 150 |  |  | 09/18/13 | 100,000 | 1,000,000 |  |  |
|  |  | Total Repayment |  |  |  | $ 115,000 |  |
| 151 |  |  | 06/26/12 | 43,500 | 43,500 |  |  |
| 152 |  |  | 06/27/12 | 90,000 | 90,000 |  |  |
| 153 |  |  | 06/27/12 | 158,000 | 158,000 |  |  |
| 154 |  |  | (2) | 160,000 | 160,000 |  |  |
| 155 |  |  | 11/13/14 | 300,000 | 300,000 |  |  |
|  |  | Total Repayment | (1) |  |  | $ - |  |
| 156 |  |  | 12/02/13 | 150,000 | 150,000 |  |  |
| 157 |  |  | 03/03/14 | 260,000 | 260,000 |  |  |
| 158 |  |  | (2) | 200,000 | 200,000 |  |  |
| 159 |  |  | 04/30/14 | 200,000 | 5,650,000 |  |  |
| 160 |  |  | 08/22/14 | 300,000 | 300,000 |  |  |
|  |  | Total Repayment | (1) |  |  | $ 655,829 |  |

**Capital Financial Partners**
Case No.: 15-11447

Participant File Matrix [3]

| # | Participant | Borrower | Date | Share of Loan | Loan Amount | Amount Repaid | Note |
|---|---|---|---|---|---|---|---|
| 161 | | Unspecified | (2) | 40,000 | 40,000 | | |
| | e Total Repayment | | | | | $        - | |
| 162 | | | 09/08/14 | 100,000 | 300,000 | | |
| | Total Repayment | | | | | $  5,250 | |
| 163 | | | 03/13/13 | 207,500 | 207,500 | | |
| 164 | | | 02/19/13 | 40,000 | 40,000 | | |
| 165 | | | 05/31/13 | 40,000 | 40,000 | | |
| | Total Repayment | | (1) | | | $  35,331 | |
| 166 | | | 08/19/13 | 104,120 | 104,120 | | |
| 167 | | | 04/19/13 | 104,120 | 104,120 | | |
| | Total Repayment | | (1) | | | $  118,919 | |
| 168 | | | 01/17/13 | 200,000 | 200,000 | | |
| 169 | | | 10/04/13 | 250,000 | 250,000 | | |
| 170 | | | (2) | 100,000 | 100,000 | | |
| | Total Repayment | | (1) | | | $  828,137 | |
| | | TOTAL | | $  22,045,171 | | $  17,580,550 | |

Total Amount Invested by Participants    $  22,045,171

Total Amount of Participant Repayment    $  17,580,550

Notes:
1. In instances where investors had loans with more than multiple borrowers and ▮ was unable to determine which loan repayments were associated with each borrower, the investor loan repayments were totaled.
2. ▮ was unable to determine the date of this loan with the available records.
3. The information provided is preliminary and tentative. It is based on documents contained in CFP's transaction files, including in some instances unexecuted documents, bank statements and certain wire instruction documents. As additional information becomes available, there may be additions, deletions and corrections to this information.

Tentative & Preliminary
Subject to Change