UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, </br></br> Plaintiff, </br></br> v. </br></br> CAPITAL FINANCIAL PARTNERS, LLC, </br> CAPITAL FINANCIAL HOLDINGS, LLC, </br> WILLIAM D. ALLEN and </br> SUSAN C. DAUB, </br></br> Defendants, </br></br> and </br></br> WJBA INVESTMENTS, LLC, </br> INSURANCE DEPOT OF AMERICA LLC, </br> SIMPLIFIED HEALTH SOLUTIONS LLC and </br> SIMPLIFIED HEALTH SOLUTIONS 2, LLC, </br></br> Relief Defendants. | Case No. 15-cv-11447-IT |

**ASSENTED TO MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Securities and Exchange Commission (the "Commission"), with the assent of Defendants Capital Financial Partners, LLC, Capital Financial Holdings, LLC, Capital Financial Partners Enterprises, LLC, William D. Allen, and Susan C. Daub ("Defendants"), and Relief Defendants WJBA Investments, LLC, Insurance Depot of America, LLC, Simplified Health Solutions LLC, and Simplified Health Solutions 2, LLC ("Relief Defendants"), hereby moves that the Court enter a preliminary injunction in the form of the Assented To Preliminary Injunction, Order Freezing Assets, and Order for Other Equitable Relief attached hereto.

The parties have agreed to the terms of the proposed Order which, among other things, continues the injunctive relief ordered by the Court on April 1, 2015, provides for a $2,000 per

month allowance for living expenses for each of Defendants Allen and Daub, and provides for certain operating expenses for Relief Defendants Simplified Health Solutions, LLC, Simplified Health Solutions 2, LLC, and Insurance Depot of America LLC.

WHEREFORE, the Commission requests that the Court enter a preliminary injunction in the form of the Assented To Preliminary Injunction, Order Freezing Assets, and Order for Other Equitable Relief attached hereto.

> Respectfully submitted,
>
> **SECURITIES AND EXCHANGE COMMISSION**
>
> By its attorneys,
>
> /s/ *Michael J. Vito*
> Frank C. Huntington (Mass. Bar No. 544045)
>   Senior Trial Counsel
> Michael J. Vito (Mass. Bar. No. 675524)
>   Enforcement Counsel
> Boston Regional Office
> 33 Arch Street
> Boston, MA  02110
> (617) 573-4581 (Vito direct)
> (617) 573-4590 (fax)
> vitom@sec.gov

Dated:  April 27, 2015

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 27, 2015, true copies of the foregoing Assented-To Motion for Preliminary Injunction and the Assented To Preliminary Injunction, Order Freezing Assets, and Order for Other Equitable Relief were filed by electronic means using the Court's Electronic Case Filing (ECF) system. Notice will be sent to counsel of record for the defendants and relief defendants through the ECF system, and the filings may be accessed through the ECF system.

        */s/ Michael J. Vito*
        Michael J. Vito