UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL FINANCIAL PARTNERS, LLC,<br>CAPITAL FINANCIAL HOLDINGS, LLC,<br>CAPITAL FINANCIAL PARTNERS<br>    ENTERPRISES, LLC,<br>WILLIAM D. ALLEN and<br>SUSAN C. DAUB,<br><br>    Defendants,<br><br>and<br><br>WJBA INVESTMENTS, LLC,<br>INSURANCE DEPOT OF AMERICA LLC,<br>SIMPLIFIED HEALTH SOLUTIONS LLC and<br>SIMPLIFIED HEALTH SOLUTIONS 2, LLC,<br><br>    Relief Defendants. | Case No. 1:15-cv-11447-IT |

## CERTIFICATION OF WILL D. ALLEN

I, William D. Allen, under oath, hereby certify:

1.    I have deposited all funds in my control not presently held at another financial institution into the personal bank account ending 8798 at Bank of America in the name of Will D. Allen.  There were no such additional funds to deposit.

2.    I have following pieces of jewelry at Morning Star Jeweler to which I am not entitled to obtain without paying for the return of the jewelry:

        a.    watch by Paul Picot;

        b.    watch by Corum;

    c.       watch by Backes and Strauss; and

    d.       watch by Rolex.

Without paying the amount necessary to redeem these items, I do not have these items in my control or subject to my disposal.

3.       I have a gold chain at Levinson's that is in the process of being repaired. I asked for the return of the item and was told that it was sent out for repairs. It is estimated to be back at Levinson's on Friday, May 15, 2015, at which time I will deposit it into the security deposit box which I will have opened subject to the resolution of the issue identified in paragraph 5 below.

4.       Other that the items identified in paragraph 2 and 3, I do not have any gold or other precious metals in my control or subject to my disposal which, in my good faith estimate, exceed $1,000.

5.       I attempted to open a security deposit box at Bank of America as required by the Assented To Preliminary Injunction, Order Freezing Assets, And Order For Other Equitable Relief, which the Court entered as the Order on April 28, 2015. However, Bank of America has indicated that it is reviewing my request and that its legal department is reviewing whether it will allow me to open a security deposit box.

Dated: May __, 2015

                                       Will D. Allen

## CERTIFICATE OF SERVICE

I hereby that certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 4, 2015.

/s/ *Christopher J. Marino*

Christopher J. Marino (Mass. Bar No. 655007)

732418.1