UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CAPITAL FINANCIAL PARTNERS, LLC, )<br>CAPITAL FINANCIAL HOLDINGS, LLC, )<br>CAPITAL FINANCIAL PARTNERS )<br>   ENTERPRISES, LLC, )<br>WILLIAM D. ALLEN and )<br>SUSAN C. DAUB, )<br>)<br>Defendants, )<br>and )<br>)<br>WJBA INVESTMENTS, LLC, )<br>INSURANCE DEPOT OF AMERICA LLC, )<br>SIMPLIFIED HEALTH SOLUTIONS LLC and )<br>SIMPLIFIED HEALTH SOLUTIONS 2, LLC, )<br>)<br>Relief Defendants. ) | Case No. 1:15-cv-11447-IT |

## ORDER MODIFY PRELIMINARY INJUNCTION

Based on the assented to motion of Defendants' to modify the preliminary injunction dated April 28, 2015, so as to permit the compromise and collection of a loan from a certain athlete borrower, and based on the representation that the borrower, who is obligated under loan documents to pay Capital Financial Partners, LLC, ("CFP") the sum of $302,500 by August 1, 2015, has raised certain claims with respect to the loan but has agreed to promptly repay $285,000, notwithstanding his purported claims, in exchange for a reduction in the amount owed and a release from any further obligation to defendants, it is ordered that CFP:

1. May accept the compromise amount from the borrower in full satisfaction of borrowers obligations to CFP, and

2. Consummate a settlement agreement with borrower that, among other things, releases borrower from any claims arising from the subject loan, upon payment of the settlement amount.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: August 6, 2015