UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL FINANCIAL PARTNERS, LLC., CAPITAL FINANCIAL HOLDINGS, LLC, CAPITAL FINANCIAL PARTNERS ENTERPRISES, LLC, WILLIAM D. ALLEN and SUSAN C. DAUB, <br><br> Defendants. <br><br> and <br><br> WJBA INVESTMENTS, LLC, INSURANCE DEPOT OF AMERICA LLC, SIMPLIFIED HEALTH SOLUTIONS LLC and SIMPLIFIED HEALTH SOLUTIONS 2, LLC, <br><br> Relief Defendants. | Civil Action No.: 1:15-CV-11447-IT |

**RENEWED JOINT MOTION FOR ENTRY OF AMENDED
PRELIMINARY INJUNCTION, ORDER FREEZING ASSETS,
AND ORDER FOR OTHER EQUITABLE RELIEF**

The parties jointly move that the Amended Preliminary Injunction, Order Freezing Assets

and Order For Other Relief  ("Preliminary Injunction") attached hereto be entered in substitution

of the Preliminary Injunction entered on April 28, 2015.  The proposed order modifies the

existing order in the following respects:

- The prior order permitted relief defendants Insurance Depot of America, LLC,

  ("Insurance Depot"), as well as Simplified Health Solutions, LLC and Simplified

  Health Solutions 2, LLC (collectively "Simplified"), to conduct an insurance

2

business subject to certain limitations.  Insurance Depot ceased to operate several months ago and all of the insurance business has been conducted through Simplified.  The proposed order reflects Insurance Depot's closure and vests the ability to continue the insurance business in Simplified, subject to a $23,500.00 monthly expense limitation. *See* paragraphs III.A(g) and (h).

- The revised order designates Defendant Allen as the party responsible for Simplified' s compliance with the proposed order.  *See* paragraph III.A.(k).

- The revised order sets additional specified limitations on Simplified' s operations. *See* paragraph III.A(i).

- The revised order increases defendant's Daub's monthly payment to $3,000. *See* paragraph III.A(f) and (i).

The parties are filing this renewed motion to address the Court's concerns.  A copy of a Proposed Order making the changes requested is attached as Exhibit A.  A redlined version showing the changes made to the Proposed Preliminary Order to address the Court's concerns is attached as Exhibit B.

**[TEXT CONT'D ON NEXT PAGE]**

As grounds therefore, the parties state that the proposed order conforms the order to the actual circumstances of the permitted insurance business, provides the restrictions plaintiff seeks and allows Daub additional funds to address expenses that she incurs.

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | CAPITAL FINANCIAL PARTNERS, LLC., CAPITAL FINANCIAL HOLDINGS, LLC, CAPITAL FINANCIAL PARTNERS ENTERPRISES, LLC, WILLIAM D. ALLEN, SUSAN C. DAUB, WJBA INVESTMENTS, LLC, INSURANCE DEPOT OF AMERICA LLC, SIMPLIFIED HEALTH SOLUTIONS LLC and SIMPLIFIED HEALTH SOLUTIONS 2, LLC |
| By its attorneys, | |
| /s/ Michael J. Vito | |
| Frank C. Huntington | |
| (Mass. Bar No. 544045) | |
| Senior Trial Counsel | |
| Michael J. Vito | By their attorneys, |
| (Mass. Bar. No. 675524) | |
| Enforcement Counsel | /s/Christopher J. Marino |
| Boston Regional Office | Gary S. Matsko |
| 33 Arch Street | BBO # 324640 |
| Boston, MA  02110 | gmatsko@davismalm.com |
| (617) 573-8960 (Huntington direct) | Christopher J. Marino |
| (617) 573-4590 (fax) | BBO # 655007 |
| huntingtonf@sec.gov | cmarino@davismalm.com |
| | DAVIS MALM & D'AGOSTINE, P.C. |
| | One Boston Place |
| | Boston, MA  02108 |
| | (617) 367-2500 |

Dated:  January 7, 2016

## CERTIFICATE OF SERVICE

I hereby that certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this day.

/s/Christopher J. Marino
Christopher J. Marino (Mass. Bar No. 655007)