UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>CAPITAL FINANCIAL PARTNERS, LLC,<br>CAPITAL FINANCIAL HOLDINGS, LLC,<br>CAPITAL FINANCIAL PARTNERS<br>   ENTERPRISES, LLC,<br>WILLIAM D. ALLEN and<br>SUSAN C. DAUB,<br><br>Defendants,<br>and<br><br>WJBA INVESTMENTS, LLC,<br>INSURANCE DEPOT OF AMERICA LLC,<br>SIMPLIFIED HEALTH SOLUTIONS LLC and<br>SIMPLIFIED HEALTH SOLUTIONS 2, LLC,<br><br>Relief Defendants. | Case No. 1:15-cv-11447-IT |

## ORDER MODIFYING ASSENTED TO AMENDED PRELIMINARY INJUNCTION, ORDER FREEZING ASSETS AND FOR OTHER EQUITABLE RELIEF

Based on the motion of the defendant Susan C. Daub ("Daub"), which is unopposed by the plaintiff, the Assented To Amended Preliminary Injunction, Order Freezing Assets And For Other Equitable Relief, entered on January 8, 2016 is modified as follows:

1. Daub may list for sale and sell her home located at 5879 NW 124th Way, Coral Springs, Florida, 33076 (the "Property") in an arms-length transaction at fair market value. Daub shall engage the services of a licensed real estate broker to aid the sale of the Property. Such real estate broker shall be paid the customary fees associated with the sale of the property, but not to exceed 6%. Daub may not sell the Property for a price less than $410,000.

2. At the closing, the closing attorney or agent shall distribute the sale proceeds to pay:

    a. Any valid and superior liens, attachments, or encumbrances of record with respect to the Property

    b.    Any outstanding tax and utility bills due to the Town of Coral Springs, Florida with respect to the Property

    c.    All costs and expenses reasonably incurred by Daub in the sale of the Property, including the real estate broker fee described in paragraph (1) above; and

    d.    Any remaining net balance of the sale proceeds shall be deposited into the account ending in 3109 at Wells Fargo in the name of Susan C. Daub; pending final resolution of this matter or further order of the court.

3. Daub, or her counsel, will provide the closing attorney or agent referenced in paragraph 2 with a copy of this Order and the Court's Assented To Amended Preliminary Injunction, Order Freezing Assets And Order For Other Equitable Relief, dated January 8, 2016, and obtain confirmation from the agent sufficient to satisfy the plaintiff that the attorney or agent will comply with this Order.

4. Daub will provide plaintiff (a) with copies of any listings placed within two business days of placing the listing, (b) with offer sheets within two business days of receiving the offer and with executed purchase and sales agreements with in two business days of their execution.

5. Within two business days of the closing of any sale, Daub will provide the plaintiff with the settlement statement prepared in connection with the closing and evidence that the funds have been deposited in the Wells Fargo account ending in 3109.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: 7/22/16