UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITAL FINANCIAL PARTNERS, LLC, )<br>CAPITAL FINANCIAL HOLDINGS, LLC, )<br>CAPITAL FINANCIAL PARTNERS )<br>  ENTERPRISES, LLC, )<br>WILLIAM D. ALLEN and )<br>SUSAN C. DAUB, )<br>)<br>Defendants, )<br>  and )<br>)<br>WJBA INVESTMENTS, LLC, )<br>INSURANCE DEPOT OF AMERICA LLC, )<br>SIMPLIFIED HEALTH SOLUTIONS LLC and )<br>SIMPLIFIED HEALTH SOLUTIONS 2, LLC, )<br>)<br>Relief Defendants. )<br>) | Case No. 1:15-cv-11447-IT |

**ORDER MODIFYING ASSENTED TO AMENDED PRELIMINARY INJUNCTION,
ORDER FREEZING ASSETS AND ORDER FOR OTHER EQUITABLE RELIEF
IN REGARDS TO SETTLEMENT OF LOAN OBLIGATIONS
WITH JOHN JOSEPH LOUIS JOHNSON, III**

Based on the Motion [Dkt. # 80] (the "Motion") of Defendant, Capital Financial Holdings, LLC ("CFH") for an order modifying the Court's preliminary injunction in this case [Dkt. #s 49 and 69] (the "Preliminary Injunction") to allow CFH to settle and compromise loan obligations and related claims between CFH and John Joseph Louis Johnson, III ("Johnson"), which is unopposed by the Plaintiff, Securities and Exchange Commission (the "SEC"), it is hereby:

ORDERED AND ADJUDGED that the Motion is granted and the Preliminary Injunction

is modified as follows:

1. CFH is authorized to enter into the proposed settlement and compromise with Johnson on the same or substantially the same terms outlined in the Motion and contained in the Plan (as defined in the Motion), including the exchange of releases with Johnson as set forth in the Motion and the Plan;

2. CFH is authorized to accept the Plan (as defined in the Motion) by casting a ballot thereon as required by the Plan and taking all actions incidental thereto;

3. CFH is authorized to file any and all appropriate notices, ballots and pleadings with the Bankruptcy Court in furtherance of such settlement and compromise;

4. CFH is authorized to support confirmation of the Plan in the Johnson Chapter 11 Case; and

5. CFH is authorized to take any and all other action and execute and file any and all documents necessary or required consistent with confirmation of the Plan, including the approval of the settlement and compromise contained in the Plan.

6. Any distributions to CFH under the settlement agreement are subject to the preliminary injunction order in this case.

SO ORDERED:

_____
INDIRA TALWANI
UNITED STATES DISTRICT JUDGE

DATED: SEPTEMBER 14, 2016

2